UNITED STATES of America,
Plaintiff–Appellee,

v.

Henry Olushola OBOH, aka Henry Osa Omoboh, aka James Clark aka Derick Foster, Defendant–Appellant.

No. 94–8154.

United States Court of Appeals,
Eleventh Circuit.

Nov. 13, 1995.

Stephanie Kearns, Federal Defender Program, Atlanta, GA, for appellant.

Richard M. Langway, Amy Levin Weil, Asst. U.S. Attys., Atlanta, GA, for appellee.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.*

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having

* Senior U.S. Circuit Judge Albert J. Henderson has elected to participate in further proceedings

voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACAT-ED.